# Court of Appeals
# of the State of Georgia

ATLANTA,  June 08, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1712.  HAROLD A. THOMAS et al. v. LEGACY AT STONEY CREEK HOMEOWNERS ASSOCIATION, INC.**

Legacy at Stoney Creek Homeowners Association, Inc. ("Legacy"), filed suit against Harold A. Thomas and Christy E. Thomas, seeking to recover past-due assessments.  On March 20, 2017, the trial court entered a judgment for the plaintiff in the amount of $5,664.50.  On April 20, 2017, Mr. Thomas filed a notice of appeal. We lack jurisdiction for two reasons.

First, the notice of appeal is untimely.  A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997).  Here, Thomas filed his notice of appeal 31 days after the trial court's judgment was entered.

Second, where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6).  Thomas's failure to follow the required procedure deprives us of jurisdiction to consider his appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).  For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/08/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*